1  G. Thomas Martin, Esq. (SBN 218456)
Krohn & Moss, Ltd.
2  10635 Santa Monica Blvd, Suite 170
Los Angeles, CA  90025
3  T: (323) 988-2400; F: (866) 802-0021
tmartin@consumerlawcenter.com
4  Attorney for Plaintiff,
THOMAS PATRICK HUBER
5

6                    UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
7                     SAN FRANCISCO DIVISION
8

9  THOMAS PATRICK HUBER            )   **Case No.: 3:09-cv-02420-MEJ**
                                   )
10           Plaintiff,            )
                                   )
11      vs.                        )     **VOLUNTARY DISMISSAL**
                                   )
12  LAND ROVER OF MARIN            )
                                   )
13           Defendant.            )
                                   )
14

15          __VOLUNTARY DISMISSAL WITH PREJUDICE__

16      Plaintiff, THOMAS PATRICK HUBER, by and through his attorneys, KROHN &

17  MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

18

19

20  Dated: July 10, 2009                    KROHN & MOSS, LTD.

21

22                                          By:/s/ G. Thomas Martin

23                                          G. Thomas Martin

24                                          Attorney for Plaintiff,
                                            Thomas Patrick Huber
25

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
GRANTED
Judge Maria-Elena James

- 1 -

Voluntary Dismissal